UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST; PUGET SOUND ELECTRICAL WORKERS PENSION TRUST; PUGET SOUND ELECTRICAL WORKERS 401(k) SAVINGS PLAN TRUST; and PUGET SOUND ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>HANCO ELECTRIC LLC, a Washington limited liability company,<br><br>Defendant. | Case No. 2:25-cv-02390-JHC<br><br>ORDER ON THE TRUST FUNDS' MOTION FOR ENTRY OF DEFAULT JUDGMENT |

This matter is before the Court on Plaintiffs' motion for entry of a default judgment against Defendant Hanco Electric LLC. Dkt. # 12. The Court has reviewed the motion and supporting papers, as well as the pleadings, files, and court records in this matter. Being otherwise fully advised, the Court ORDERS:

1. The motion properly applies the *Eitel* factors.
2. The motion is GRANTED;

3. The Court previously found that Defendant Hanco Electric LLC was properly served with a summons and Complaint in this matter;

4. The Court previously found that Defendant Hanco Electric LLC failed to appear, answer, or otherwise defend itself against the claims asserted in the Complaint, despite proper service of the summons and Complaint and entered an order of default;

5. Plaintiffs are entitled to entry of a default judgment against Defendant Hanco Electric LLC for the following amounts for the period April 1, 2024 through April 30, 2024 and June 1, 2025 through June 30, 2025:

   a. $17,213.12 in delinquent fringe benefit contributions;

   b. $1,709.662 in liquidated damages as allowed under 29 U.S.C. §1332(g)(2)(C)(ii); and

   c. $2,668.45 in accrued prejudgment interest at the rates specified in the applicable trust agreements as allowed under 29 U.S.C §1332(g)(2).

6. Plaintiffs are awarded $10,274.50 in reasonable attorney fees as allowed under the written terms of the applicable trust agreements and as allowed under 29 U.S.C. §1332(g)(2)(D);

7. Plaintiffs are awarded $579.00 in costs;

8. Post-judgment interest shall bear interest at the 12% rate specified in the applicable trust agreements, as allowed under 29 U.S.C. §1332(g)(2); and

9. The Clerk of Court is directed to enter judgment accordingly and close the case.

Dated: September 21, 2026.

John H. Chun
John H. Chun
United States District Judge